# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140365

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 140365
COA: 286211
Wayne CC: 07-011575-FC

DURRELL RICKEY MOORE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

0419